# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 JUL 14 P 3: 54
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Amicus

(Full name of plaintiff(s))

Quinn Morgan Henigan
Storage Device
Credit Counseling

v.

26-C-1237

(Full name of defendant(s))

CCap.WI Case
Consolidation
Clerk of Court

Case Number:

_____
(to be supplied by Clerk of Court)

A.  PARTIES

1.  Plaintiff is a citizen of ____Wisconsin____ and resides at
       (State)

____4010 W Lancaster Ave____
       (Address)

(If more than one plaintiff is filing, use another piece of paper.)  Agent #358-86
                                                                          -6053
2.  Defendant ____Harddrive Software____
       (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Internet_____

(State, if known)

and (if a person) resides at _____Computer API_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

All Historical Data is false
and Consolidated I am
missing Credit Couseling
Certificate from
American Bar Association

I make this statement
volentary

Complaint – 2

Data Breach
Federal Regulation
Supplement 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

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Credit Couseling Certificate Signed by Judge

Complaint – 4

E.     JURY DEMAND

I want a jury to hear my case.

☐ – YES      ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14___ day of ___July___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

___414-518-7239___
Plaintiff's Telephone Number

___N/A___
Plaintiff's Email Address

___4010 W Lancaster Ave Apt.1___
___Milwaukee, WI 53209___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5